# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )  3:09-md-02100-DRH-PMF ) )  MDL No. 2100 ) )  ORDER |

**This Document Relates to:**

*Laura York v.*                                    **No. 3:11-cv-10090-DRH-PMF**
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Christina Aleo v.*                              *No. 3:10-cv-10583-DRH-PMF*
*Bayer HealthCare Pharmaceuticals,Inc., et al,*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the stipulation of dismissal with prejudice filed in this Court on December 21, 2011, plaintiff's complaint is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:____/s/*Sandy Pannier*_____
Deputy Clerk

**DATED: December 28, 2011**

David R. Herndon
2011.12.28
12:13:09 -06'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT